UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Kavitha Ramesh**,

                             Plaintiffs,

              -against-

**Marissa E. Henshaw, et al**.,

                           Defendant.
-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

*7:26-cv-2232  NSR*

**VICTORIA REZNIK, United States Magistrate Judge:**

       A Status Conference (via telephone) is hereby scheduled for **June 18, 2026   at  10:30 am**. The parties are to dial in to the Cisco Webex conference line at **855-244-8681, enter Meeting ID 2310 527 2044,** then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

       **SO ORDERED.**

DATED:     White Plains, New York
             May 13, 2026

                                _____
                                VICTORIA REZNIK
                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:\_\_ 5/13/2026 \_